**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **)** | Docket No.: 2:08CR14-01 |
| | **)** | |
| vs. | **)** | **NOTICE OF APPEAL** |
| | **)** | |
| BRIAN DALLEN MANEY | **)** | |
| Defendant | **)** | |

_____

Notice is hereby given that Brian Dallen Maney, by and through his attorneys of record, Defendant in the above styled and numbered cause of action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment of the U.S. District Court, entered on February 12, 2009.

RESPECTFULLY SUBMITTED this, the 16th day of February 2009.

BRIAN DALLEN MANEY,
Defendant

BY:    WILLIAMS & CASSADY, P.L.L.C.

BY:    s/Kris V Williams
       NC Bar #:28231
       Attorney for Appellant
       Williams & Cassady, P.L.L.C.
       1294 Savannah Drive
       Post Office Box 1935
       Sylva, North Carolina 28779
       (828) 631-2300
       (828) 631-2303 (fax)
       kvwms@verizon.net

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

don.gast@usdoj.gov
Shelly.flynn@usdoj.gov

THIS, the 16th day of February, 2009.

s/Kris V Williams
NC Bar #:28231
Attorney for Defendant
Williams & Cassady, P.L.L.C.
1294 Savannah Drive
Post Office Box 1935
Sylva, North Carolina 28779
(828) 631-2300
(828) 631-2303 (fax)
kvwms@verizon.net

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com