# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:08-cr-00014-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> BRIAN DALLEN MANEY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's Unopposed Motion to Terminate Supervised Release [Doc. 51]. The Defendant is represented by counsel. Both counsel for the Government and the Defendant's supervising probation officer consent to the Defendant's Motion.

Upon review of the Defendant's motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release in Case No. 2:08-cr-00014-MR-DLH is warranted. The Defendant will remain on supervised release in Case No. 2:13-cr-00027-MR-DLH.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Terminate Supervised Release [Doc. 51] is **GRANTED**, and the Defendant's term of supervised release in the above-referenced action is hereby terminated.

**IT IS SO ORDERED.**

Signed: October 31, 2014

Martin Reidinger
United States District Judge